NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Mills v. New York City, New York    Docket No.: 24-3308

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Geoffrey E. Curfman

Firm: New York City Law Department

Address: 100 Church Street, New York, NY 10007

Telephone: 212-356-5043    Fax:

E-mail: gcurfman@law.nyc.gov

Appearance for: New York City, New York
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

✔ Additional counsel (co-counsel with: Jeremy W. Shweder )
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

**CERTIFICATION**

I certify that:

✔ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Geoffrey E. Curfman

Type or Print Name: Geoffrey E. Curfman