# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of January, two thousand twenty-five.

Before:  Steven J. Menashi,
*Circuit Judge.*

_____

Charles Mills, Craig Sotomayor, Braden Holliday,    **ORDER**

    Plaintiffs - Appellants,    Docket No. 24-3308

  v.

New York City, New York,

    Defendant - Appellee.

_____

Appellants move for placement of this case on the Court's Expedited Appeals Calendar.

IT IS HEREBY ORDERED that the motion is DENIED as moot because the appeal is automatically placed on the Expedited Appeals Calendar pursuant to Local Rule 31.2(b).

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

