## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Charles Mills, et al. v. New York City**   Docket No.: **24-3308**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **Erin E. Murphy**

Firm: **Clement & Murphy, PLLC**

Address: **706 Duke Street, Alexandria, VA 22314**

Telephone: **(202) 742-8900**   Fax:

E-mail: **erin.murphy@clementmurphy.com**

Appearance for: **Amicus National Shooting Sports Foundation, Inc.**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: **Appellants Charles Mills, Craig Sotomayor, and Braden Holliday** )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **October 13, 2021**   OR

☐ I applied for admission on _____ .

Signature of Counsel: **s/Erin E. Murphy**

Type or Print Name: **Erin E. Murphy**