# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Charles Mills, et al. v. New York City  **Docket No.:** 24-3308

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Sana S. Mesiya

Firm: Everytown Law

Address: P.O. Box 14780, Washington, D.C. 20044

Telephone: 202-517-6624  Fax:

E-mail: smesiya@everytown.org

Appearance for: Everytown for Gun Safety
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ ) (name/firm)

☐ Substitute counsel (replacing other counsel: _____ ) (name/firm)

☐ Additional counsel (co-counsel with: _____ ) (name/firm)

☑ Amicus (in support of: Defendant-Appellee ) (party/designation)

## CERTIFICATION

I certify that:

☐ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☑ I applied for admission on June 24, 2025.

Signature of Counsel: /s/ Sana S. Mesiya

Type or Print Name: Sana S. Mesiya