

MURIEL GOODE-TRUFANT
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

JEREMY W. SHWEDER
*Assistant Corporation Counsel*
Phone: 212-356-0843
jshweder@law.nyc.gov

August 11, 2025

Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007
civilcases@ca2.uscourts.gov
VIA ACMS

Re: *Mills v. New York City, New York*
Docket No. 24-3308

To the Hon. Clerk of the Court:

The New York City Law Department represents the appellee in the above-referenced appeal. Counsel submits this letter as an update regarding counsel's availability for oral argument. In addition to the dates already specified, I am unavailable to appear for oral argument from September 9 through September 11, 2025.

        Respectfully submitted,

        MURIEL GOODE-TRUFANT
        *Corporation Counsel*
        *of the City of New York*
        Attorney for Appellee

By:    /s/ Jeremy W. Shweder
      Jeremy W. Shweder
      Assistant Corporation Counsel

cc (via ACMS):
    Amy Bellantoni
    The Bellantoni Law Firm, PLLC
    *Attorney for Appellants*