

November 18, 2025

**By ACMS**

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, New York 10007

    Re:    *Mills v. New York City*, Case No. 24-3308

Dear Ms. Wolfe,

    I represent the Appellants in the above-referenced matter.

    I write to clarify information discussed with the Panel at today's oral argument concerning the procedural posture underlying the Second Circuit opinions in *Giambalvo v. Suffolk County* (Case No. 23-208) and *Frey v. New York City* (Case No. 23-365).

    Both cases were before the Second Circuit on appeals from the district courts' denial of the plaintiffs' motion for a preliminary injunction. The *Frey* matter did not involve a motion for summary judgment.

Respectfully,

/s/ Amy L. Bellantoni
Amy L. Bellantoni

2 Overhill Road, Suite 400　　info@bellantoni-law.com　　(914) 367-0090 (t)
Scarsdale, New York 10583　　www.bellantoni-law.com　　(888) 763-9761 (f)